IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------X
                                                   :
AMERICAN SIGNATURE, INC.,                          :   Case No. 2:11-cv-7787 (TON)
                                                   :
          **Plaintiff,**                              :
                                                   :
-v-                                                :
                                                   :   **STIPULATION**
THOR EQUITIES, LLC and                             :
THOR CHELTENHAM MALL, L.P.,                        :
                                                   :
          **Defendants.**                             :
---------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys that:

1. Defendants' time to answer or move with respect to the Complaint for Declaratory relief is extended to February 6, 2012.

2. A signature provided by facsimile (or other electronic scanning) shall be deemed an original.

Dated: January 11, 2012

**SCHNADER HARRISON SEGAL
& LEWIS LLP**

By: _____
Leah Snyder Batchis
(Pa. I.D. No. 203605)
1600 Market Street, Suite 3600
Philadelphia, PA 19103-7286
(215) 751-2000
   *Attorneys for Plaintiff
   American Signature, Inc.*

**KAPLIN | STEWART**

By: _____
Daniel R. Utain
(Pa. I.D. No. 85619)
Union Meeting Corporate Center
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422-0765
(610) 941-2582
   *Attorneys for Defendants
   Thor Equities, LLC and Thor
   Cheltenham Mall, L.P.*