IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN SIGNATURE, INC., : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-cv-07787-TON |
| THOR EQUITIES, LLC, ET AL., : | |
| Defendant. : | |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Signature, Inc. and Defendant Thor Equities, LLC, through their undersigned counsel, stipulate that all claims asserted by American Signature, Inc. against Thor Equities, LLC in the above-captioned action are hereby dismissed without prejudice. Thor Equities, LLC agrees to waive any statute of limitations defense in the event that it is re-joined, or made a defendant, within one year of this dismissal, but Thor Equities, LLC shall not be precluded from alleging that the claims asserted at such time are time-barred on the ground that such claims were time-barred at the time the Complaint was initially filed in this action.

For the purposes of this stipulation, plaintiff American Signature, Inc. and Thor Equities, LLC will bear their own expenses, costs, and fees.

| | |
|---|---|
| *[signature]* | *[signature]* |
| Leah Snyder Batchis (Pa. I.D. 203605) | Daniel R. Utain (Pa. I.D. No. 85619) |
| SCHNADER HARRISON SEGAL & LEWIS LLP | Kaplin Stewart |
| 1600 Market Street, Suite 3600 | Union Meeting Corporate Center |
| Philadelphia, Pennsylvania 19103 | 910 Harvest Drive |
| (215) 751-2052 | P.O. Box 3037 |
| | Blue Bell, PA 19422-0765 |
| *Attorneys for plaintiff* | (610) 941-2582 |
| *American Signature, Inc.* | |
| | *Attorney for defendants* |
| | *Thor Equities, LLC and* |
| | *Thor Cheltenham Mall, L.P.* |

Dated: January 12, 2012